IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARIA KINSEL,                               :

    Plaintiff,                              :
                                                               Case No. 3:12cv00235

  vs.                                                 :

                                                              District Judge Thomas M. Rose

CAROLYN W. COLVIN,                    :    Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,                      :

    Defendant.                           :

_____

## DECISION AND ENTRY
_____

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.     The Report and Recommendations filed on June 28, 2013 (Doc. #12) is ADOPTED in full;

2.     The Commissioner's non-disability finding is vacated;

3.     No finding is made as to whether Plaintiff Maria Kinsel was under a "disability" within the meaning of the Social Security Act;

4.     This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g) for further consideration

consistent with the Report and Recommendations, and this Decision and Entry; and,

5. The case is terminated on the docket of this Court.

July 17, 2013                                                s/*Thomas M. Rose*

_____
Thomas M. Rose
United States District Judge